```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORTHWEST ADMINISTRATORS, INC. | ) | NO.  C 06 3295 TEH |
| Plaintiffs, | ) | ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | ) | |
| PACIFIC CONVENTION SERVICES, INC., etc. | ) | |
| Defendant. | ) | |

　　　　　IT IS ORDERED that the Case Management Conference in this case set for August 21, 2006 be continued to October 23, 2006 at 1:30 p.m. in Courtroom 12, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: 08/16/06

_____
Honorable Thelton E. Henderson

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson, signed]*

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE