ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORTHWEST ADMINISTRATORS, INC.,   )   NO. C 06 3295 TEH
                                  )
                Plaintiff,        )
                                  )   ORDER TO CONTINUE CASE
        vs.                       )   MANAGEMENT CONFERENCE
                                  )
                                  )
PACIFIC CONVENTION SERVICES, etc  )
                                  )
                                  )
                Defendant.        )
_____)

    IT IS ORDERED that the Case Management Conference in this case originally set for January 22, 2007 be continued to **March 19, 2007** at 1:30 p.m. in Courtroom 12, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: 01/17/07

_____
Honorable Thelton E. Henderson

*[Seal: United States District Court, Northern District of California — Judge Thelton E. Henderson]*

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE                    1