```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PACIFIC CONVENTION SERVICES, a corporation; doing business as PACIFIC CONVENTION SERVICES, <br><br> Defendant. | NO. C 06 3295 TEH <br><br> <u>NOTICE OF</u> <br> <u>VOLUNTARY DISMISSAL</u> |

Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing on a Case Management Conference set for March 19, 2007 at 1:30 p.m. in Courtroom No. 12, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:  February 13, 2007

```
                                    ERSKINE & TULLEY

                                    :/s/Michael J. Carroll
                                    Michael J. Carroll
                                    Attorneys for Plaintiff
```

*[Court stamp: IT IS SO ORDERED, Judge Thelton E. Henderson, 02/14/07, United States District Court, Northern District of California]*